Certificate Number: 20102-PAE-DE-035328503

Bankruptcy Case Number: 20-14146



20102-PAE-DE-035328503

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2021, at 4:29 o'clock PM EST, Ana Ilarraza completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 2, 2021          By:    /s/Marcy Walter

                                 Name:  Marcy Walter

                                 Title: Certified Personal Finance Counsleor