Certificate Number: 20102-PAE-DE-035329149

Bankruptcy Case Number: 20-14164



20102-PAE-DE-035329149

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 2, 2021, at 6:54 o'clock PM EST, Ana Ilarraza completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 2, 2021            By:    /s/Marcy Walter

                                    Name:  Marcy Walter

                                    Title: Certified Personal Finance Counsleor