United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 20-14164-pmm
Ana M. Ilarraza                                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                              Page 1 of 3
Date Rcvd: Feb 19, 2021                           Form ID: 318                             Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ana M. Ilarraza, 3502 Montrose Ave., Reading, PA 19605-1905 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14552673 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 14552679 | + | Comenitycapital/burlin, Po Box 182120, Columbus, OH 43218-2120 |
| 14552683 | | Direct TV, PO Box 5014, Canton, CT 06019-7000 |
| 14552688 | | Lvnv Funding, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14552690 | + | Mariner Finance, 191b Jonesboro Rd., Mc Donough, GA 30253-3794 |
| 14552691 | | Select Portfolio Services, PO Box 852750, Salt Lake City, UT 84165 |
| 14552693 | + | Table Rock, P.O. Box 532, Meridian, ID 83680-0532 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Feb 20 2021 04:23:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | EDI: PENNDEPTREV | Feb 20 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 20 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 20 2021 03:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14552671 | + | EDI: CAPITALONE.COM | Feb 20 2021 04:23:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14552674 | + | EDI: WFNNB.COM | Feb 20 2021 04:23:00 | Comenity Bank/ashstwrt, Po Box 182789, Columbus, OH 43218-2789 |
| 14552675 | + | EDI: WFNNB.COM | Feb 20 2021 04:23:00 | Comenity Bank/torrid, Po Box 182789, Columbus, OH 43218-2789 |
| 14552676 | + | EDI: WFNNB.COM | Feb 20 2021 04:23:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14552677 | + | EDI: WFNNB.COM | Feb 20 2021 04:23:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14552678 | + | EDI: WFNNB.COM | Feb 20 2021 04:23:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 14552680 | + | EDI: WFNNB.COM | | |

Case 20-14164-pmm   Doc 18   Filed 02/21/21   Entered 02/22/21 00:45:59   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 20 2021 04:23:00 | Comenitycb/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 14552689 | | EDI: CITICORP.COM | | |
| | | | Feb 20 2021 04:23:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14552681 | + | EDI: NAVIENTFKASMDOE.COM | | |
| | | | Feb 20 2021 04:23:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14552684 | + | EDI: ESSL.COM | | |
| | | | Feb 20 2021 04:23:00 | Dish Network, 9601 S. Meridian Blvd, Englewood, CO 80112-5905 |
| 14552685 | + | EDI: NAVIENTFKASMDOE.COM | | |
| | | | Feb 20 2021 04:23:00 | Dpt Ed/navi, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14552687 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Feb 20 2021 03:33:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14552694 | + | EDI: WTRRNBANK.COM | | |
| | | | Feb 20 2021 04:23:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14552692 | | Syncb/walmart |
| 14552672 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14552682 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14552686 | *+ | Dpt Ed/navi, Po Box 9635, Wilkes Barre, PA 18773-9635 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Ana M. Ilarraza tobykmendelsohn@comcast.net |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Towd Point Mortgage Trust 2017-FRE2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4                    User: admin                    Page 3 of 3
Date Rcvd: Feb 19, 2021                Form ID: 318                   Total Noticed: 29

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ana M. Ilarraza <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5613 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–14164–pmm | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Ana M. Ilarraza

  2/18/21                                                     **By the court:**  Patricia M. Mayer
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**